No. 72–1391. SCALISE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–1392. BOYCE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1393. CROCKARELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–1394. BILLINGSLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–1395. GRIFFIN & BRAND OF MCALLEN, INC. v. BRENNAN, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 72–1398. LITTLEFIELD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–1401. BALAX, INC., ET AL. v. BENDIX CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–1407. HENNINGER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–1411. JENNINGS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–1412. NEWTON ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Alameda. Certiorari denied.

No. 72–1423. CAMPOPIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.